IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| HENRY EDWARD RAYFORD, | * | |
| Plaintiff, | * | |
| v. | | Case No.4:25-cv-283 (CDL) |
| | * | |
| ASHLEY S. BELL, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 20, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 20th day of November, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk